UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

In Re:
    Prado, Eduardo
                DEBTOR
    Prado, Edward
                CO-DEBTOR



Order Filed on November 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    <u>19-20675 VFP</u>

Chapter: <u>13</u>

Hearing Date: October 17, 2019 at 10:00 A.M.
Judge: Vincent F. Papalia

# AMENDED ORDER VACATING STAY & CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 18, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

[Type text]

Upon the motion of Toyota Motor Credit Corporation, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐   Real Property More Fully Described as:


■   Personal Property More Fully Describes as:

2018 Toyota Camry, VIN: 4T1B11HK1JU086085


It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

This order amends and supersedes the prior order entered on October 24,. 2019.

It is further ORDERED that the Co-Debtor stay is hereby vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*