**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey   07017
(973)-677-9000
David G. Beslow, Esq. #DGB-5300
Attorneys for Debtor, Eduardo Prado

Order Filed on December 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

**EDUARDO PRADO,**

Debtor

Case No.:      9-20675

Chapter:      13

Hearing Date: December 5, 2019 at
10:00 a.m.

Judge:      Vincent F. Papalia

## ORDER REINSTATING AUTOMATIC STAY AS TO SECURED CREDITOR

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: December 10, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

**Page:**      2
**Debtor:**    **Eduardo Prado**
**Case No.:**  **19-20675-VFP - Chapter 13**
**Caption:**   **Order Reinstating Automatic Stay as to Secured Creditor**

---

**THIS MATTER** being opened to the Court by David G. Beslow, attorney for the debtor, Eduardo Prado, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition;

**IT IS HEREBY,**

**ORDERED**, that the automatic stay as to Toyota Motor Credit Corporation is hereby reinstated.