**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey 07017
(973)-677-9000
David G. Beslow, Esq. #DGB-5300
Attorneys for Debtor, Eduardo Prado

Order Filed on December 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

**EDUARDO PRADO,**

Debtor

Case No.: 9-20675

Chapter: 13

Hearing Date: December 5, 2019 at 10:00 a.m.

Judge: Vincent F. Papalia

### ORDER REINSTATING AUTOMATIC STAY AS TO SECURED CREDITOR

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: December 10, 2019

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page:     2
Debtor:   **Eduardo Prado**
Case No.: **19-20675-VFP - Chapter 13**
Caption:  **Order Reinstating Automatic Stay as to Secured Creditor**

---

**THIS MATTER** being opened to the Court by David G. Beslow, attorney for the debtor, Eduardo Prado, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition;

**IT IS HEREBY,**

**ORDERED**, that the automatic stay as to Toyota Motor Credit Corporation is hereby reinstated.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 19-20675-VFP
Eduardo Prado                                                                               Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1               Date Rcvd: Dec 11, 2019
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2019.
db            Eduardo Prado,    139 E Webster Ave,    Roselle Park, NJ   07204-1756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                                   Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2019 at the address(es) listed below:
              David G. Beslow    on behalf of Debtor Eduardo  Prado yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5