| UNITED STATES BANKRUPTCY COURT NEW JERSEY | | | |
|---|---|---|---|
| In Re: **Eduardo Prado** | | Case No. | 19-20675 |
| | | Chapter: | 13 |
| | | Judge: | |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Eduardo Prado_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. [X] I am not required to pay domestic support obligations.

   [ ] I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __6-14-2024__        _____
                            **Eduardo Prado**
                            Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*